IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.E., on behalf of K.E., a Minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Woodlynde School, ) <br> Defendant. ) <br> ) | Case No. 2:22-cv-02005-KSM |

**RULE 41 STIPLATION OF DISMISSAL**

Plaintiffs in the above-captioned file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Parties, by and through undersigned counsel, hereby stipulate to its dismissal of the matter.

It is so stipulated this 14th day of September, 2022.

Respectfully Submitted,

| | |
|---|---|
| */s/Gillian M. Dagress* <br> Gillian Dagress (PA ID 313370) <br> Raffaele & Associates, LLC <br> 1230 County Line Road <br> Bryn Mawr, PA 19010 <br> (610) 922-4200 <br> (610) 646-0888 [fax] <br> Gillian@MyKidsLawyer.com | */s/ Charles V. Curley* Charles V. Curley (PA ID 60486) <br> Curley & Rothman, LLC <br> 1100 E. Hector St, Suite 425 <br> Conshohocken, PA 19428 <br> (484) 362-6283 <br> (610) 834-8813 [fax] <br> ccurley@curleyrothman.com |